**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JANET BRADLEY,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **No. 10-0311** |
| **v.** | : | |
| | : | |
| **LIBERTY LIFE ASSURANCE COMPANY** | : | |
| **OF BOSTON,** | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

**AND NOW,** this 11th day of August, 2011, upon consideration of Plaintiff's "Motion for Judgment Pursuant to Fed. R. Civ. P. 56" (doc. no. 13), Defendant's "Motion for Summary Judgment"(doc. no. 14), and the responses thereto, and for the reasons set forth in the accompanying Opinion, it is hereby **ORDERED** that Plaintiff's motion is **DENIED** and Defendant's motion is **GRANTED**.

The Clerk of Court is directed to mark this case closed.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**